FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 10, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| NADEL IONA BARRETT,<br><br>                Plaintiff,<br><br>v.<br><br>LAURA GENTRY HUGHES, individually; DOUG HUGHES, individually; EMILY NELSON, individually; and PARENTS DEFENSE COUNSEL, a Washington Corporation,<br><br>                Defendants. | No. 2:17-CV-00379-SMJ<br><br>**ORDER DISMISSING CASE** |

On December 10, 2018, the parties filed a stipulated dismissal, ECF No. 17. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED**:

    **1.**    The **STAY** in this matter is **LIFTED**.

    **2.**    The parties' Stipulation of Dismissal, **ECF No. 17**, is **GRANTED**.

    **3.**    All claims are **DISMISSED WITH PREJUDICE**, with all parties to bear their own costs and attorneys' fees.

    **4.**    All pending motions are **DENIED AS MOOT**.

    **5.**    All hearings and other deadlines are **STRICKEN**.

ORDER DISMISSING CASE **-** 1

**6.** The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 10th day of December 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge

ORDER DISMISSING CASE **-** 2